RECEIVED

OCT 21 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| IBERIABANK | CIVIL ACTION NO. 09-279 LEAD 09-284 - MEMBER |
| VERSUS | JUDGE DOHERTY |
| TYLER D. SAVOY, ET AL | MAGISTRATE JUDGE METHVIN |

### ORDER

In light of the Fifth Circuit's recent decision in *In re Miller*, 570 F.3d 633 (5th Cir. 2009), the above-captioned matters are re-opened and removed from the administrative docket; the Bankruptcy Court's Orders dated January 22, 2009 sustaining the debtor's objections to Claim Nos. 12 and 13 of IberiaBank are hereby REVERSED; and the above-captioned consolidated matters are REMANDED to the Bankruptcy Court for further proceedings in accordance with *In re Miller*.

THUS DONE AND SIGNED this 21 day of October, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 10-22-09
BY CB
TO USBC/WDLA via fax
BK # 08-51053